IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-MC-00118-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| APPROXIMATELY $83,513 IN UNITED STATES CURRENCY, | |
| Defendant. | |

**THIS MATTER** comes before the Court on the United States' Motion for Extension of Time to File Forfeiture Complaint (ECF No. 1). The United States seeks a 45-day extension to the deadline for filing a Complaint for Forfeiture *In Rem*. Counsel for the sole administrative claimant to the defendant currency consents to the motion. For the reasons stated in the motion, the Court finds that good cause supports an extension under 18 U.S.C. § 983(a)(3)(A).

**IT IS THEREFORE ORDERED** that the Motion for Extension of Time to File Forfeiture Complaint (ECF No. 1) is **GRANTED**. The United States shall have 45 additional days to file any civil forfeiture complaint in this matter, up to and including September 8, 2022.

**SO ORDERED**.

Signed: July 22, 2022

Graham C. Mullen
United States District Judge